# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

**Case No.:** CR 24-308

Petty ☐   Misdemeanor ☐   Felony ☑   USAO No.: _____

**Charging Document:** Indictment   No. of Defendants: 1   Total No. of Counts: 8   Sealed: Y ☐ N ☑

Forfeiture: Y ☑ N ☐   OCDETF: Y ☐ N ☑   McGirt: Y ☐ N ☑   Warrant ☑   Summons ☐   Notice ☐

Companion Case No. (if any): _____

**DEFENDANT INFORMATION:**   By: DR

| Name: KEITH TERRELL THOMPSON | AUG 0 7 2024 |
|---|---|
| Alias(es): Geno, Ziggy | Address: |
| | FBI No.: |
| DOB: 1998 | SSN: XXX-XX-7878 | Race: Black | Interpreter: Y ☐ N ☑ |
| Sex: M ☑ F ☐ | Juvenile: Y ☐ N ☑ | Language/Dialect: English | |

**DEFENDANT STATUS/RECOMMENDATION:**

☐ Not in Custody   ☑ Detention Requested
☐ Type of Bond: _____
☑ In Custody at: Oklahoma County Jail
Inmate/Prisoner/Register No.: 140065344

**PRIOR MAGISTRATE JUDGE PROCEEDINGS:**
Complaint: Y ☑ N ☐
Magistrate Judge Case No.: MJ- 24-070-STE
Previously Detained: Y ☐ N ☑

**ATTORNEY/AGENCY INFORMATION:**

☐ Public Defender   ☐ CJA Panel   ☐ Retained
Name: _____
Address: _____
Phone: _____

AUSA: Drew E. Davis
Agent/Agency: ATF
Local Officer/Agency: _____

## CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 933(a)(1) | Trafficking in Firearms | 18 U.S.C. § 933(b) - NMT 15 years imprisonment; $250,000 fine, or both; NMT 3 years S/R; $100 S/A |
| 2 | 21 U.S.C. § 841(a)(1) | Possession of Methamphetamine with Intent to Distribute | 21 U.S.C. § 841(b)(1)(B) – NLT 5 years and NMT 40 years imprisonment; $5,000,000 fine, or both; NLT 4 years S/R; $100 S/A |
| 3 & 7 | 21 U.S.C. § 841(a)(1) | Possession of Cocaine with Intent to Distribute | 21 U.S.C. § 841(b)(1)(C) – NMT 20 years imprisonment; $1,000,000 fine, or both; NLT 3 years S/R; $100 S/A |
| 4 | 18 U.S.C. § 922(o) | Unlawful Possession of a Machinegun | 18 U.S.C. § 924(a)(2) - NMT 10 years' imprisonment, $250,000 fine, or both; NMT 3 years' SR; and $100 SA |

**Signature of AUSA:** s/ Drew E. Davis

**RECEIVED** AUG 0 7 2024

**Date:** 08/06/2024

Clerk, U.S. District Court
WEST.DIST.OF OKLA.

1/22

# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

Name: **KEITH TERRELL THOMPSON**

### CHARGING DETAILS (cont'd)

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 5 | 18 U.S.C. § 924(c)(1)(A)<br>18 U.S.C. § 924(c)(1)(B)(ii) | Possession of Machinegun in Furtherance of a Drug-Trafficking Crime | 18 U.S.C. § 924(c)(1)(B)(ii) - NLT 30 years imprisonment (to be served consecutive to any other term of imprisonment imposed); $250,000 fine; or both; NMT 5 years S/R; $100 SA |
| 6 & 8 | 18 U.S.C. § 924(c)(1)(A)(i) | Possession of Firearms in Furtherance of a Drug-Trafficking Crime | 18 U.S.C. § 924(c)(1)(A)(i) - NLT 5 years imprisonment (to be served consecutive to any other term of imprisonment imposed); $250,000 fine; or both; NMT 5 years S/R; $100 SA |
| Forfeiture Allegations | 18 U.S.C. § 924(d)<br>18 U.S.C. § 934(a)(1)<br>21 U.S.C. § 853<br>28 U.S.C. § 2461(c) | Criminal Forfeiture | Forfeiture of Property or Items |

Signature of AUSA: s/ Drew E. Davis

Date: 08/06/2024